# UNITED STATES DISTRICT COURT

### Southern District of California

Office Of The Clerk
333 West Broadway, Suite 420
San Diego, California 92101
Phone: (619) 557–5600
Fax: (619) 702–9900

John Morrill,
Clerk of Court

October 10, 2014

Clerk, U.S. District Court
District of California – Central, Western Division
312 North Spring Street, Room G–8
Los Angeles, CA 90012–4701

Re: Luis Mario Arguilo V. v. Byron Bleum, Case No. 3:14–cv–02253–BEN–WVG

Dear Sir or Madam:

Pursuant to Order transferring the above–entitled action to your District, we are electronically transmitting herewith our entire original file.

      Sincerely yours,

      John Morrill,
      Clerk of the Court

      By: s/ K. Betancourt, Deputy Clerk

Copy to Attorney for Plaintiffs:
Copy to Attorney for Defendants: