UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS MARIO ANGULO, a/k/a LUIS MARIO GUERRERO, | ) ) ) | NO. CV 14-8164-AB (AGR) |
| Petitioner, | ) ) | |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF |
| BYRON BLEUM, | ) ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the First Amended Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  Further, the Court has engaged in a *de novo* review of those portions of the Report to which Petitioner has objected.  The Court accepts the findings and recommendation of the Magistrate Judge.

On September 22, 2014, Petitioner filed a habeas petition challenging a July 2014 no contest plea for indecent exposure, for which he was sentenced to 16 months in prison.  (Report at 2.)  On October 27, 2014, the magistrate judge filed an order to show cause ("OSC") why the petition should not be dismissed without prejudice for failure to exhaust administrative remedies.  (Dkt. No. 5.)

1   Petitioner did not respond to the OSC.  On January 9, 2015, the magistrate judge

2   filed a Report recommending that the petition be dismissed for failure to exhaust

3   administrative remedies.  (Dkt. No. 10.)  Notably, the magistrate judge found that

4   according to California's online docket, Petitioner had never presented any

5   grounds for relief to the California Supreme Court.  (Report at 3.)

6        Meanwhile, on January 12, 2015, Petitioner filed a habeas petition in the

7   Eastern District of California challenging the same conviction.[1]  That action was

8   transferred here, and Case No. CV 15-637 was opened.  On April 3, 2015, the

9   Court ordered that the petition in Case No. 15-637 be filed in this case as an

10  amended petition and that Case No. 15-637 be closed.

11       The Court has independently reviewed California's online docket using the

12  names Luis Angulo and Luis Guerrero and determined that Petitioner has not

13  presented any grounds for relief to the California Supreme Court.

14       IT IS ORDERED that judgment be entered denying the petition and

15  dismissing the action without prejudice.

16

17  DATED:  April 16, 2015        _____

18                                        ANDRÉ BIROTTE JR.
                                          United States District Judge

19

20

21

22

23

24

_____

25  [1]  Petitioner was housed most recently at Valley State Prison.  (Report at 3
    n. 1.)  According to the California Department of Corrections & Rehabilitation's
26  Inmate Locator, Petitioner is no longer incarcerated in the California state penal
    system under CDC No. AL7540.  In addition, a text-only notice (Dkt. No. 12)
27  mailed to Petitioner on January 27, 2015 was returned on February 23, 2015,
    indicating that Petitioner had been paroled.  (Dkt. No. 14.)  Petitioner has not
28  provided the court with a new address.