UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS MARIO ANGULO, a/k/a LUIS MARIO GUERRERO,<br><br>           Petitioner,<br><br>   v.<br><br>BYRON BLEUM,<br><br>           Respondent. | NO.  CV 14-8164-AB (AGR)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied and dismissed without prejudice.

DATED: April 16, 2015

_____
ANDRÉ BIROTTE JR.
United States District Judge